UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GABRIEL HERNANDEZ, *et al.*, | ) | 2:10-CV-02132-PMP-LRL |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| CREATIVE CONCEPTS, INC., *et al.*, | ) | |
| Defendants. | ) | |

Defendant John Speidel having failed to respond to Plaintiffs' Motion to Strike Fraudulent Suggestion of Bankruptcy (Doc. #36) filed July 26, 2011, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion to Strike Fraudulent Suggestion of Bankruptcy by Defendant John Speidel (Doc. #36) is **GRANTED**.

DATED: August 16, 2011.

_____
PHILIP M. PRO
United States District Judge