STANLEY D. BROOME
Texas Bar No. 24029457
1155 W. Wall, Suite 102
Grapevine, TX 76051

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL HERNANDEZ, RODOLFO NAVA, IVAN MADRIGAL, FRANCISCO CASTILLO, JOEL ROSA DE JESUS, JUAN CARLOS NAVARRETE, JUAN JOSE ACOSTA FLORES, ISMAEL AMPARAN-COBOS, EFREN RUANO, JUAN PALOMERA, OCTAVIO ANCHONDO, ARNOLDO RODRIGUEZ, and JESUS ANCHONDO,<br><br>Plaintiffs,<br><br>vs.<br><br>CREATIVE CONCEPTS, INC., NORTHERN PIPELINE CONSTRUCTION CO., NPL CONSTRUCTION CO., SPEIDEL ENTERPRISES, INC., d/b/a CREATIVE CONCEPTS, JOHN SPEIDEL, and PAUL SCHELLY d/b/a LAW OFFICES OF PAUL SCHELLY,<br><br>Defendants. | Case No. 2:10-cv-02132-PMP-LRL<br><br>**ORDER ON PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT SOUTHWEST GAS CORPORATION OR ALTERNATIVELY, AGREED MOTION TO DISMISS DEFENDANT SOUTHWEST GAS CORPORATION WITHOUT PREJUDICE** |

After considering *Plaintiffs' Notice of Dismissal of Defendant Southwest Gas Corporation or Alternatively, Agreed Motion to Dismiss Defendant Southwest Gas Corporation Without Prejudice* , the court:

**GRANTS** the motion and dismisses the case against Defendant Southwest Gas Corporation (only) without prejudice.

SIGNED on _October, 17, 2011.

_____
U.S. District Judge