UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GABRIEL HERNANDEZ, RODOLFO NAVA, IVAN MADRIGAL, FRANCISCO CASTILLO, JOEL ROSA DE JESUS, JUAN CARLOS NAVARRETE, JUAN JOSE ACOSTA FLORES, ISMAEL AMPARAN-COBOS, EFERN RUANO, JUAN PALOMERA, OCTAVIO ANCHONDO, ARNOLDO RODRIGUEZ AND JESUS ANCHONDO,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CREATIVE CONCEPTS, INC., NORTHERN PIPELINE CONSTRUCTION CO., NPL CONSTRUCTION CO., SPEIDEL ENTERPRISES, INC., d/b/a CREATIVE CONCEPTS, JOHN SPEIDEL, AND PAUL SCHELLY d/b/a LAW OFFICES OF PAUL SCHELLY,<br><br>　　　　　Defendants. | 2:10-CV-02132-PMP-LRL<br><br>**ORDER** |

Defendant Southwest Corporation having been dismissed as a party Defendant in this case on October 17, 2011, (Doc. #62), and good cause appearing,

///

///

**IT IS ORDERED that** Defendant Southwest Gas Corporation's Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. #49) and Defendant Southwest Gas Corporation's Demand for Security of Costs (Doc. #50) are **DENIED** as moot.

DATED: November 1, 2011.

_____
PHILIP M. PRO
United States District Judge