UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GABRIEL HERNANDEZ, RODOLFO )
NAVA, IVAN MADRIGAL, )
FRANCISCO CASTILLO, JOEL ROSA )
DE JESUS, JUAN CARLOS )
NAVARRETE, JUAN JOSE ACOSTA )
FLORES, ISMAEL AMPARAN-COBOS, )
EFREN RUANO, JUAN PALOMERA, )
OCTAVIO ANCHONDO, ARNOLDO )
RODRIGUEZ, and JESUS ANCHONDO, )
                                        )
                Plaintiffs,             )
                                        )
v.                                      )
                                        )
CREATIVE CONCEPTS, INC.; SPEIDEL )
ENTERPRISES, INC.; JOHN SPEIDEL, )
PAUL SCHELLY; NORTHERN )
PIPELINE CONSTRUCTION CO.; and )
NPL CONSTRUCTION CO., )
                                        )
                Defendants.             )
_____ )

ORDER

2:10-CV-02132-PMP-LRL

Having read and considered Plaintiffs' Motion to Remand (Doc. #112),

Defendants' Opposition (Doc. #115), and Plaintiffs' Reply (Doc. #131),

IT IS ORDERED that Plaintiffs' Motion to Remand (Doc. #112) is hereby

DENIED.

DATED: December 21, 2012

_____
PHILIP M. PRO
United States District Judge