UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GABRIEL HERNANDEZ, RODOLFO NAVA, IVAN MADRIGAL, FRANCISCO CASTILLO, JOEL ROSA DE JESUS, JUAN CARLOS NAVARRETE, JUAN JOSE ACOSTA FLORES, ISMAEL AMPARAN-COBOS, EFREN RUANO, JUAN PALOMERA, OCTAVIO ANCHONDO, ARNOLDO RODRIGUEZ, and JESUS ANCHONDO, | ORDER |
| Plaintiffs, | 2:10-CV-02132-PMP-LRL |
| v. | |
| CREATIVE CONCEPTS, INC.; SPEIDEL ENTERPRISES, INC.; JOHN SPEIDEL, PAUL SCHELLY; NORTHERN PIPELINE CONSTRUCTION CO.; and NPL CONSTRUCTION CO., | |
| Defendants. | |

Having read and considered Plaintiffs' Motion to Remand (Doc. #112),

Defendants' Opposition (Doc. #115), and Plaintiffs' Reply (Doc. #131),

IT IS ORDERED that Plaintiffs' Motion to Remand (Doc. #112) is hereby

DENIED.

DATED: December 21, 2012

_____
PHILIP M. PRO
United States District Judge