UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GABRIEL HERNANDEZ, RODOLFO NAVA, IVAN MADRIGAL, FRANCISCO CASTILLO, JOEL ROSA DE JESUS, JUAN CARLOS NAVARRETE, JUAN JOSE ACOSTA FLORES, ISMAEL AMPARAN-COBOS, EFREN RUANO, JUAN PALOMERA, OCTAVIO ANCHONDO, ARNOLDO RODRIGUEZ, and JESUS ANCHONDO,<br><br>Plaintiffs,<br><br>v.<br><br>CREATIVE CONCEPTS, INC.; SPEIDEL ENTERPRISES, INC.; JOHN SPEIDEL, PAUL SCHELLY; NORTHERN PIPELINE CONSTRUCTION CO.; and NPL CONSTRUCTION CO.,<br><br>Defendants. | ORDER<br><br>2:10-CV-02132-PMP-LRL |

Having read and considered Defendant NPL Construction Co.'s Emergency Motion for Stay of Magistrate Judge's Orders (Doc. #199), and good cause appearing to maintain the status quo pending review in light of the attorney-client privilege asserted over the documents ordered to be released to Plaintiffs,

IT IS ORDERED that Defendant NPL Construction Co.'s Emergency Motion for Stay of Magistrate Judge's Orders (Doc. #199) is hereby GRANTED.

///

1    IT IS FURTHER ORDERED that Defendant NPL Construction Co. need not
2 produce the redacted documents on or before March 27, 2013 as directed by the Magistrate
3 Judge's March 18, 2013 Order (Doc. #194), pending review of the Magistrate Judge's
4 decision and further order of the Court.

6 DATED: March 26, 2013

_____
PHILIP M. PRO
United States District Judge