UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GABRIEL HERNANDEZ, RODOLFO NAVA, IVAN MADRIGAL, FRANCISCO CASTILLO, JOEL ROSA DE JESUS, JUAN CARLOS NAVARRETE, JUAN JOSE ACOSTA FLORES, ISMAEL AMPARAN-COBOS, EFREN RUANO, JUAN PALOMERA, OCTAVIO ANCHONDO, ARNOLDO RODRIGUEZ, and JESUS ANCHONDO,

Plaintiffs,

v.

CREATIVE CONCEPTS, INC.; SPEIDEL ENTERPRISES, INC.; JOHN SPEIDEL, PAUL SCHELLY; NORTHERN PIPELINE CONSTRUCTION CO.; and NPL CONSTRUCTION CO.,

Defendants.

ORDER

2:10-CV-02132-PMP-LRL

Having read and considered Defendant NPL Construction Co.'s Emergency Motion for Stay of Magistrate Judge's Orders (Doc. #199), and good cause appearing to maintain the status quo pending review in light of the attorney-client privilege asserted over the documents ordered to be released to Plaintiffs,

IT IS ORDERED that Defendant NPL Construction Co.'s Emergency Motion for Stay of Magistrate Judge's Orders (Doc. #199) is hereby GRANTED.

///

IT IS FURTHER ORDERED that Defendant NPL Construction Co. need not produce the redacted documents on or before March 27, 2013 as directed by the Magistrate Judge's March 18, 2013 Order (Doc. #194), pending review of the Magistrate Judge's decision and further order of the Court.

DATED: March 26, 2013

_____
PHILIP M. PRO
United States District Judge