# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| GABRIEL HERNANDEZ, et al., | |
| Plaintiffs, | 2:10-cv-02132-PMP-VCF |
| vs. | **MINUTE ORDER** |
| CREATIVE CONCEPTS, INC., et al., | |
| Defendants. | |

Before the Court is the Emergency Motion to Stay and Extend the Discovery Deadline (#209) filed on March 27, 2013.

IT IS HEREBY ORDERED that the opposition to the Emergency Motion to Stay and Extend the Discovery Deadline (#209) is due on or before April 5, 2013 and the reply is due on or before April 12, 2013.

IT IS FURTHER ORDERED that the hearing scheduled for April 1, 2013 on the Motion for Clarification of a Portion of the Order of March 13, 2013 (#192) is VACATED and rescheduled as detailed below.

IT IS FURTHER ORDERED that a hearing is scheduled for 10:00 a.m., April 19, 2013 in Courtroom 3D on the Emergency Motion to Stay and Extend the Discovery Deadline (#209) and the Motion for Clarification of a Portion of the Order of March 13, 2013 (#192).

IT IS FURTHER ORDERED that Defendant NPL Construction Co.'s Emergency Motion to Magistrate Judge for Stay of Orders (Docket #190 and #194) Regarding Production of Attorney-Client

1 | Privileged Documents Pending Review by U.S. District Court Judge (#196) is DENIED as MOOT.

2 |     DATED this 29th day of March, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE