UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GABRIEL HERNANDEZ, RODOLFO NAVA, IVAN MADRIGAL, FRANCISCO CASTILLO, JOEL ROSA DE JESUS, JUAN CARLOS NAVARRETE, JUAN JOSE ACOSTA FLORES, ISMAEL AMPARAN-COBOS, EFREN RUANO, JUAN PALOMERA, OCTAVIO ANCHONDO, ARNOLDO RODRIGUEZ, and JESUS ANCHONDO, <br><br> Plaintiffs, <br><br> v. <br><br> CREATIVE CONCEPTS, INC.; SPEIDEL ENTERPRISES, INC.; JOHN SPEIDEL, PAUL SCHELLY; NORTHERN PIPELINE CONSTRUCTION CO.; and NPL CONSTRUCTION CO., <br><br> Defendants. | ORDER <br><br> 2:10-CV-02132-PMP-LRL |

Having read and considered Defendant NPL Construction Co.'s Emergency Motion for Clarification of Order of April 5, 2013 (Doc. #229), and good cause appearing,

IT IS ORDERED that Defendant NPL Construction Co.'s Emergency Motion for Clarification of Order of April 5, 2013 (Doc. #229) is hereby GRANTED in that Defendant NPL Construction Co.'s production to other parties of the documents compelled to be produced by and listed in the Orders at Docket Nos. 190 and 194 as well as the Order at Docket No. 223 shall not constitute a waiver by Defendant NPL Construction Co. of its

objection that the documents produced are covered by the attorney-client privilege and/or work product doctrine as claimed by Defendant NPL Construction Co. in this case.

DATED: April 9, 2013

                                                _____
                                                PHILIP M. PRO
                                                United States District Judge