EXHIBIT 5

EXHIBIT 5

# AFFIDAVIT

I, Miriam A. Jimenez Saavedra, duly sworn, depose and say:

I am the owner and founder of Las Vegas Interpreters Connection, LLC. My business address is 4616 West Sahara Avenue, #407, Las Vegas, Nevada 89102. I started Las Vegas Interpreters Connection, LLC in January 1998.

That I am a State Certified Court Interpreter, number NVJM245, and that I am authorized by the Nevada Supreme Court to interpret and translate from English to Spanish. I have been a State Certified Court Interpreter for (10) ten years.

The attached one (1) page service contract and a one (1) page payroll deduction authorization form between Creative Concepts and Ismael Amparan Cabos was translated from Spanish into English at the request of attorney Todd Creer of Kamer Zucker Abbott law office in Las Vegas Nevada.

That said translation is true and correct and precise to the best of my knowledge and belief.

Dated at Las Vegas, Nevada, this 1st day of April, 2013.

MIRIAM A. JIMENEZ SAAVEDRA
LAS VEGAS INTERPRETERS CONNECTION, LLC.

Subscribed and sworn to before me, on this 1st day of April, 2013 by Miriam A. Jimenez Saavedra

[Notary Seal]

[Signature of Notary]

NOTARY PUBLIC

My commission expires Dec. 5, 20 16.

LISA M. NOLTIE
NOTARY PUBLIC, STATE OF NEVADA
My Appointment Expires 12/5/2016
Appointment Number 99-36506-1

# CREATIVE CONCEPTS
925 NORTH GAREY AVE.
POMONA, CA 91767
TEL. (909) 622-4431
FAX. (909) 622-1851

## SERVICE CONTRACT

This contract is entered into this 23rd day of *November*, 2002 between *Ismael Anchondo Cabos* ("Client") and "CREATIVE CONCEPTS" ("Agent").

1. The client employs CREATIVE CONCEPTS to process a: *Labor certification*

2. The client agrees to pay CREATIVE CONCEPTS the amount of: *$2000.00 US dollars*

3. The payments shall be made in the following manner: The first payment to initiate the case is *$200.00 dollars*. THE FIRST PAYMENT IS NON-REFUNDABLE. Subsequently, the client will make payments in the following manner: *$20 dollars per week*

4. The client agrees to pay CREATIVE CONCEPTS all additional costs incurred by CREATIVE CONCEPTS towards your case such as: <u>INS fees</u>, <u>newspaper ad</u>, diploma evaluations, Notary fees, postage fees, copies, long distance calls, etc.

5. The client agrees that when the case reaches its final stage, the remaining balance and any pending additional cost will be paid to CREATIVE CONCEPTS.

6. Our services do not include appeals or court representation.

7. The client acknowledges that CREATIVE CONCEPTS will perform its duties in a professional manner and will do its best to ensure the greatest benefit possible, but does not guarantee the final decision made by INS (Immigration and Naturalization Service).

8. Both the client as well as CREATIVE CONCEPTS are committed to working together to put forth their best effort for the success of your proceeding and in compliance with this contract

_Julio Vallejo_
CREATIVE CONCEPTS REP.

_[signature]_
CLIENT

2CC00005

NPL-26032

# CREATIVE CONCEPTS
925 NORTH GAREY AVE.
POMONA CA 91767
PHONE (909) 622-4431
FAX (909) 622-1851

## CONTRATO DE SERVICIOS

Este contrato se efectúa el día _23_ de _November, 2002_ entre _Ismael Amparan Cobos_ ("Cliente") y CREATIVE CONCEPTS ("Agente").

1. El cliente contrata a CREATIVE CONCEPTS para el proceso de: _Certificación Laboral_

2. Cliente está de acuerdo en pagar a CREATIVE CONCEPTS la cantidad de U.S. _2000.00 Dls._

3. Los pagos serán de la siguiente manera: Primer pago para abrir el caso es _200.00 Dls_ EL PRIMER PAGO NO ES REEMBOLSABLE. Posteriormente el cliente realizará sus pagos de la siguiente manera: _20.00 Dls por semana_

4. Cliente está de acuerdo en pagar a CREATIVE CONCEPTS los costos adicionales incurridos en su caso como: **cuotas al INS**, **anuncio del periodico**, evaluación de diplomas, cuotas de Notario, tarifas de correo, copias, llamadas de larga distancia, etc.

5. Cliente está de acuerdo en que cuando el caso llegue a su etapa final, el balance restante y cualquier costo adicional pendiente, será pagado a CREATIVE CONCEPTS.

6. Nuestros servicios no incluyen apelaciones ó representación en corte.

7. Cliente reconoce que CREATIVE CONCEPTS realizará el trabajo de una manera professional y tratará de asegurarle el mayor beneficio posible, pero no garantiza la decisión final del INS (Immigration and Naturalization Service).

8. Tanto el cliente como CREATIVE CONCEPTS se comprometen a trabajar de manera conjunta, a realizar el mejor esfuerzo para el éxito de su proceso y cumplimiento de éste contrato.

_Elva Vallejo_
CREATIVE CONCEPTS REP.

_[signature]_
CLIENTE

2CC00005

CREATIVE CONCEPTS
925 NORTH GAREY AVENUE
POMONA CA 91767
(800) 822-9551 (909) 622-4431

4534
COPY

DEC 18 2002

Authorization for Payroll Deduction

## AUTHORIZATION FOR PAYROLL DEDUCTION

I, _Ismael Amaparn Cabos_ authorize ___NPL___ to deduct from my paycheck the amount of _$20.00 (WEEKLY)_ per week until the balance of _$1800_ is covered in order to pay Creative Concepts. Said amount will cover the costs for the Labor Certificate Program only.

CLIENTS' SIGNATURE: _____

Creative Concept Representative: _Elba Vallejo_

DATE: _11/23/02_____ .

NPL-132

# CREATIVE CONCEPTS
## 925 NORTH GAREY AVENUE
## POMONA CA 91767
### (800) 822-9551 (909) 622-4431

4534



DEC 1 8 2002

## Authorization for Payroll Deduction

## AUTORIZACION PARA DEDUCCION EN LA NOMINA

Yo __Ismael Amparan Cobos__ autorización para que __NPL__ deduzca de mi cheque la cantidad de $ __20.00__ (WEEKLY) por semana hasta cubrir $ __180.00__ balance a pagar a Creative Concepts. Dicha cantidad cubrira los gastos del Programa de Certificado de Labor sólamente.

FIRMA DEL CLIENTE _[signature]_

REP. DE Creative Concepts __Elic Vallejo__

FECHA __11/23/02__

NPL-132