# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| GABRIEL HERNANDEZ, et al., | |
| Plaintiffs, | 2:10-cv-02132-PMP-VCF |
| vs. | **MINUTE ORDER** |
| CREATIVE CONCEPTS, INC., et al., | |
| Defendants. | |

Before the Court are Plaintiffs'(1) Plaintiffs' Emergency Motion to Compel Production of Documents Listed in the Notice of Deposition of Mike Kemper and for Discovery Sanctions Under FRCP 37(b) for a Two Day Deposition Set for July 24 and 25 (#270) and (2) Emergency Motion for Sanctions and to Reschedule Deposition Related to a Two Day Deposition Set for July 24 and 25 (#271).

IT IS HEREBY ORDERED that Plaintiffs' Emergency Motion for Sanctions and to Reschedule Deposition Related to a Two Day Deposition Set for July 24 and 25 (#271) is GRANTED.

IT IS FURTHER ORDERED that the Opposition to Plaintiffs' Emergency Motion to Compel Production of Documents Listed in the Notice of Deposition of Mike Kemper and for Discovery Sanctions Under FRCP 37(b) for a Two Day Deposition Set for July 24 and 25 (#270) is due on or before August 2, 2013 and the Reply in Support of the Emergency Motion is due on or before August 9, 2013.

IT IS FURTHER ORDERED that a hearing on Plaintiffs' Emergency Motion to Compel Production of Documents Listed in the Notice of Deposition of Mike Kemper and for Discovery Sanctions Under FRCP 37(b) for a Two Day Deposition Set for July 24 and 25 (#270) is scheduled for

9:00 a.m., August 13, 2013 in Courtroom 3D.  The Court will set the dates for the continued deposition of Mr. Mike Kemper during the hearing.  In light of the letter filed by Ms. Carol Davis Zucker (#272), the Court anticipates the parties will reach an agreement on these dates before the hearing.

DATED this 24th day of July, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE