UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GABRIEL HERNANDEZ, *et al.*, | 2:10-CV-02132-PMP-LRL |
| Plaintiffs, | **ORDER** |
| vs. | |
| CREATIVE CONCEPTS, INC., *et al.*, | |
| Defendants. | |

On April 22, 2013, the Honorable Cam Ferenbach, United States Magistrate Judge, entered an Order (Doc. #241) regarding Defendants' Motion for Clarification of a Portion of the Court's Order (Doc. #192), and Plaintiffs' Motion to Stay and Extend Discovery Deadline (Doc. #209).

On May 6, 2013, Plaintiffs filed an Objection to the Magistrate Judge's April 22, 2013 Order (Doc. #252).  Defendants filed a Response thereto (Doc. 256) on May 16, 2013.

The Court has reviewed the foregoing pursuant to 23 U.S.C. § 636(b)(1)(A), Rule 72(a) of the F. R. C. P., and Local Rule 1B 3-1(a), and finds that the ruling of the Magistrate Judge (Doc. #241) entered April 22, 2013 is neither clearly erroneous nor contrary to law.

**IT IS THEREFORE ORDERED** that Plaintiffs' Objections (Doc. #252) are OVERRULED, and the Orders of the Magistrate Judge entered April 22, 2013 (Doc. #241) are hereby AFFIRMED.

DATED: August 16, 2011.

_____
PHILIP M. PRO
United States District Judge