UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GABRIEL HERNANDEZ, *et al.*, ) | 2:10-CV-02132-PMP-LRL |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| CREATIVE CONCEPTS, INC., *et al.*, ) | |
| Defendants. ) | |

      On May 21, 2013, the Honorable Cam Ferenbach, United States Magistrate Judge entered an Order (Doc. #259) denying Plaintiff's Motion to Compel Discovery Responses (Doc. #213).

      On June 4, 2013, Plaintiffs filed Objections to the Magistrate Judge's Order (Doc. #261).  Defendants filed a Response (Doc. #264) on June 21, 2013.

      On July 1, 2013, Plaintiffs filed a Reply Brief in Support of Plaintiffs' Objections to Order Denying Plaintiffs' Motion to Compel (Doc. #265).  This filing prompted Defendants' Motion to Strike Plaintiffs' "Unauthorized Reply Brief" ( Doc. #266), which also is now fully briefed.

      The Court has reviewed the proceedings before the Magistrate Judge resulting in the Order (Doc. #259) entered May 21, 2013, and in accord with 28 U.S.C. § 636(b)(1)(A), Rule 72(a) of the F. R. C. P., and Local Rule 1B 3-1(a) finds that the Order is neither clearly erroneous nor contrary to law.

1   **IT IS THEREFORE ORDERED** that Plaintiffs' Objections to the Magistrate
2   Judge's Order (Doc. #261) are OVERRULED, and that the Magistrate Judge's Order (Doc.
3   #259) denying Plaintiffs' Motion to Compel is hereby AFFIRMED.
4   **IT IS FURTHER ORDERED** that Defendants' Motion to Strike Plaintiffs'
5   Reply Brief (Doc. #266) is GRANTED.

7   DATED: August 16, 2011.

```
                                    _____
                                    PHILIP M. PRO
                                    United States District Judge
```