UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| GABRIEL HERNANDEZ, *et al.*, | ) | 2:10-CV-02132-PMP-LRL |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| CREATIVE CONCEPTS, INC., *et al.*, | ) | |
| Defendants. | ) | |

On May 21, 2013, the Honorable Cam Ferenbach, United States Magistrate Judge entered an Order (Doc. #259) denying Plaintiff's Motion to Compel Discovery Responses (Doc. #213).

On June 4, 2013, Plaintiffs filed Objections to the Magistrate Judge's Order (Doc. #261). Defendants filed a Response (Doc. #264) on June 21, 2013.

On July 1, 2013, Plaintiffs filed a Reply Brief in Support of Plaintiffs' Objections to Order Denying Plaintiffs' Motion to Compel (Doc. #265). This filing prompted Defendants' Motion to Strike Plaintiffs' "Unauthorized Reply Brief" ( Doc. #266), which also is now fully briefed.

The Court has reviewed the proceedings before the Magistrate Judge resulting in the Order (Doc. #259) entered May 21, 2013, and in accord with 28 U.S.C. § 636(b)(1)(A), Rule 72(a) of the F. R. C. P., and Local Rule 1B 3-1(a) finds that the Order is neither clearly erroneous nor contrary to law.

**IT IS THEREFORE ORDERED** that Plaintiffs' Objections to the Magistrate Judge's Order (Doc. #261) are OVERRULED, and that the Magistrate Judge's Order (Doc. #259) denying Plaintiffs' Motion to Compel is hereby AFFIRMED.

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike Plaintiffs' Reply Brief (Doc. #266) is GRANTED.

DATED: August 16, 2011.

PHILIP M. PRO
United States District Judge