UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| GABRIEL HERNANDEZ, *et al.*, | ) | 2:10-CV-02132-PMP-LRL |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| CREATIVE CONCEPTS, INC., *et al.*, | ) | |
| Defendants. | ) | |

On July 24, 2013, the Honorable Cam Ferenbach, United States Magistrate Judge, entered an Order (Doc. #274) granting Defendant NPL's Motion for Protective Order (Doc. #255).

On August 6, 2013, Plaintiffs filed Objections to the Magistrate Judge's Order (Doc. #285) to which Defendant Responded (Doc. #295) on August 23, 2013.  Having read and considered the foregoing, and finding that Magistrate Judge Ferenbach's Order (Doc. #274) was neither clearly erroneous nor contrary to law, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Objections (Doc. #285) to Magistrate Judge Ferenbach's Order (Doc. #274) granting Defendant's Motion for Protective Order (Doc. #255) are OVERRULED and the Order of the Magistrate Judge is hereby AFFIRMED.

DATED: August 17, 2011.

PHILIP M. PRO
United States District Judge