Lenard E. Schwartzer, Esq.
Nevada Bar No. 0399
Jason A. Imes, Esq.
Nevada Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:       bkfilings@s-mlaw.com

*Proposed Attorneys for Yvette Weinstein, Ch.7 Trustee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIEL HERNANDEZ, et al.,<br><br>                                    Plaintiffs,<br><br>vs.<br><br>CREATIVE CONCEPTS, INC., et al.,<br><br>                                    Defendants. | Case No. 2:10-cv-02132-PMP-LRL<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE YVETTE WEINSTEIN'S MOTION FOR SUBSTITUTION AS PARTY IN INTEREST FOR PLAINTIFF OCTAVIO ANCHONDO** |

The Court having reviewed and considered *Chapter 7 Trustee Yvette Weinstein's Motion for Substitution as Party in Interest for Plaintiff Octavio Anchondo*, and for good cause appearing,

**IT IS HEREBY ORDERED** that YVETTE WEINSTEIN, Chapter 7 Trustee for the bankruptcy estate of Octavio Anchondo and Silveria A. Anchondo shall be substituted as a plaintiff in the above-referenced action in place of plaintiff OCTAVIO ANCHONDO.

DATED: January 9, 2014

_____
United States District Judge