UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GABRIEL HERNANDEZ, RODOLFO NAVA, IVAN MADRIGAL, FRANCISCO CASTILLO, JOEL ROSA DE JESUS, JUAN CARLOS NAVARRETE, JUAN JOSE ACOSTA FLORES, ISMAEL AMPARAN-COBOS, EFREN RUANO, JUAN PALOMERA, OCTAVIO ANCHONDO, ARNOLDO RODRIGUEZ, and JESUS ANCHONDO,<br><br>Plaintiffs,<br><br>v.<br><br>CREATIVE CONCEPTS, INC.; SPEIDEL ENTERPRISES, INC.; JOHN SPEIDEL, PAUL SCHELLY; NORTHERN PIPELINE CONSTRUCTION CO.; and NPL CONSTRUCTION CO.,<br><br>Defendants. | ORDER<br><br>2:10-CV-02132-PMP-LRL |

The Court having been advised on January 9, 2014, that the parties potentially were settling this matter,

IT IS ORDERED that the parties shall file a joint status report regarding the progress of settlement discussions on or before February 28, 2014.

DATED: February 21, 2014

_____
PHILIP M. PRO
United States District Judge