UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GABRIEL HERNANDEZ, RODOLFO NAVA, IVAN MADRIGAL, FRANCISCO CASTILLO, JOEL ROSA DE JESUS, JUAN CARLOS NAVARRETE, JUAN JOSE ACOSTA FLORES, ISMAEL AMPARAN-COBOS, EFREN RUANO, JUAN PALOMERA, OCTAVIO ANCHONDO, ARNOLDO RODRIGUEZ, and JESUS ANCHONDO, Plaintiffs, v. CREATIVE CONCEPTS, INC.; SPEIDEL ENTERPRISES, INC.; JOHN SPEIDEL, PAUL SCHELLY; NORTHERN PIPELINE CONSTRUCTION CO.; and NPL CONSTRUCTION CO., Defendants. | ORDER  2:10-CV-02132-PMP-LRL |

IT IS ORDERED that the Motion to Dismiss with Prejudice All Claims by All Plaintiffs, Except U.S. Bankruptcy Trustee Yvette Weinstein, Against Defendants Creative Concepts, Inc. and Speidel Enterprises, Inc. (Doc. #386) is hereby GRANTED.

DATED: February 24, 2014

_____
PHILIP M. PRO
United States District Judge