UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GABRIEL HERNANDEZ, RODOLFO NAVA, IVAN MADRIGAL, FRANCISCO CASTILLO, JOEL ROSA DE JESUS, JUAN CARLOS NAVARRETE, JUAN JOSE ACOSTA FLORES, ISMAEL AMPARAN-COBOS, EFREN RUANO, JUAN PALOMERA, OCTAVIO ANCHONDO, ARNOLDO RODRIGUEZ, and JESUS ANCHONDO, <br><br>Plaintiffs, <br><br>v. <br><br>CREATIVE CONCEPTS, INC.; SPEIDEL ENTERPRISES, INC.; JOHN SPEIDEL, PAUL SCHELLY; NORTHERN PIPELINE CONSTRUCTION CO.; and NPL CONSTRUCTION CO., <br><br>Defendants. | ORDER <br><br> 2:10-CV-02132-PMP-LRL |

IT IS ORDERED that the Motion to Dismiss Lawsuit and All Claims with Prejudice By Chapter 7 Bankruptcy Trustee Yvette Weinstein (Doc. #391) is hereby GRANTED.

DATED:  May 13, 2014

_____
PHILIP M. PRO
United States District Judge